1909.) Action by the McCaskey Register Company against Mary Green, as executrix, etc., of John Green, deceased.

PER CURIAM. Judgment affirmed, with costs. See, also, 57 Misc. Rep. 549, 109 N. Y. Supp. 970.

COCHRANE, J., dissents.

McCHERRY, Respondent, v. SNARE & TRIEST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Mary McCherry, an infant, etc., against the Snare & Triest Company and another. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 114 N. Y. Supp. 674.

McCORMICK, Appellant, v. BERNER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Willis S. McCormick against Charles E. Berner and another. G. D. Lamb, for appellant. G. Zabriskie, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to defendant, if so advised, to apply for a re-execution of the commission. Order filed.

McGEE, Respondent, v. TOWN OF WEST SENECA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Hannah McGee, as administratrix, etc., against the town of West Seneca.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

McGEE, Respondent, v. TOWN OF WEST SENECA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Hannah McGee, as sole administratrix, against the Town of West Seneca. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

McGOVERN, Appellant, v. FITZPATRICK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Elizabeth McGovern, as administratrix, etc., of James McGovern, deceased, against Richard Fitzpatrick. No opinion. Order affirmed, with $10 costs and disbursements.

McGRATH, Respondent, v. AUBURN HAME CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Alfred McGrath, an infant, etc., against the Auburn Hame Company. No opinion. Judgment and order affirmed, with costs.

McGRONEN, Appellant, v. GREENWALD et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Thomas F. McGronen, as administrator, etc., of Harry A. McGronen, deceased, against Harry A. Greenwald and another. No opinion. Interlocutory judgment affirmed, with costs.

MACK, Respondent, v. MACK, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Henry S. Mack against Hugo S. Mack. E. W. Beebe, for appellant. W. J. Lippman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs. Order filed.

McKIE, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by John McKie, as tax collector, etc., in the town of Gates, against Roscoe C. E. Brown and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

MACKOWIAK, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Frank Mackowiak against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury is contrary to and against the weight of the evidence.

ROBSON, J., dissents.

McNEIL, Appellant, v. BOARD OF SUP'RS OF SUFFOLK COUNTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by R. Gordon McNeil against the board of supervisors of the county of Suffolk and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNEIL v. ROCHESTER TELEPHONE CO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Joseph H. McNeil against the Rochester Telephone Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, J., not sitting.

McNEILL, Respondent, v. BACHE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by William J. McNeill against Jules S. Bache and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNICKLE, Appellant, v. DELANEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.)

Action by Andrew F. McNickle against Bridget Delaney and another. No opinion. Motion denied, without costs.

MAHLER, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Margareta Mahler, as administratrix, against the Interurban Street Railway Company. B. H. Ames, for appellant. C. Stockler, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $10,000, including interest, costs, etc., in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

MANN, Appellant, v. COLLIER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by William D. Mann against Peter F. Collier and another. C. L. Craig, for appellant. J. V. Judge, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re MANOCA TEMPLE ASS'N. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) In the matter of the election of directors of the Manoca Temple Association. No opinion. Decision reserved until the hearing of the appeal.

MANUFACTURERS' COMMERCIAL CO. v. BLITZ. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by the Manufacturers' Commercial Company against Henry Blitz. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.

In re MARKS' WILL. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) In the matter of proving the last will and testament of Harriet L. Marks, deceased. No opinion. Ordered that the interested persons named be brought in, and that service be made upon those within the state in the manner required for the personal service of a summons, and upon those outside of the state by mailing to them a copy of said notice, which service shall be sufficient.

In re MARONEY. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) In the matter of the final judicial settlement of the accounts of William Maroney, as administrator of the estate of Mary Mack, deceased. No opinion. Decree unanimously affirmed, with costs.

In re MARTIN. (Supreme Court, Appellate Division, First Department. February 5, 1909.) In the matter of Mary J. Martin, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MARYLAND CASUALTY CO., Respondent, v. BROWN et al., Appellants. Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by the Maryland Casualty Company against Charles A. Brown and another. A. S. Brown, for appellants. E. L. Bushe, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MAUE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by George Maue against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and ROBSON, JJ., dissent.

MAXWELL, Appellant, v. ROEBLING CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Martin R. Maxwell against the Roebling Construction Company. T. J. O'Neill, for appellant. J. C. Robinson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MEYER, Respondent, v. CONSOLIDATED ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Tilbert Meyer against the Consolidated Ice Company. B. B. Gattell, for appellant. B. Tuski, for respondent. No opinion. Judgment affirmed, with costs, and appeal from order dismissed. Order filed.

MAYER et al., Respondents, v. GINSBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Barbara Mayer and another against Isidor Ginsberg, impleaded with others. L. A. Jaffer, for appellant. W. C. Rosenberg, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MEAD et al., Appellants, v. TURNER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charles Mead and another against Isaac W. Turner, as president of the village of Mt. Kisco, the city of New York, and others.

PER CURIAM. Motion to dismiss appeal from order permitting city of New York to intervene granted, with $10 costs. Motion to dismiss appeal from judgment denied, on condition that the appellants perfect their appeal and put the case upon the next calendar of this court; otherwise, motion granted, with $10 costs. Motion to postpone the argument of preceding motion denied, without costs. Motion for stay of judgment granted. Settle orders before Mr. Justice BURR. See, also, 60 Misc. Rep. 145, 112 N. Y. Supp. 127.

MEHT, Respondent, v. MEHT, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Louis H. Meht against Lena Meht.

PER CURIAM. Judgment affirmed, without costs.

JENKS, J., taking no part.